428 A.2d 265

Commonwealth v. Lewis, Appellant.

 Submitted December 6, 1979. Larry A. Brand, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order of court affirmed.